# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SPIN MASTER LTD., a Canadian corporation and SPIN MASTER, INC., a Delaware corporation,<br>　　　　　Plaintiffs,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br>　　　　　Defendants. | Case No. 22-cv-01326<br><br>**Judge Martha M. Pacold**<br><br>**Magistrate Judge Heather K. McShain** |

## PRELIMINARY INJUNCTION ORDER

Plaintiffs Spin Master Ltd. and Spin Master, Inc. (collectively, "Spin Master" or "Plaintiffs") filed a Motion for Entry of a Preliminary Injunction against the against the fully interactive, e-commerce stores[1] operating under the seller aliases identified in Schedule A and attached hereto (collectively, "Defendants") and the online marketplace accounts identified in Schedule A (the "Online Marketplaces"). After reviewing the Motion and the accompanying record, this Court GRANTS Spin Master's Motion as follows.

This Court finds Spin Master has provided notice to Defendants in accordance with the Temporary Restraining Order entered March 24, 2022, [22] ("TRO"), and Federal Rule of Civil Procedure 65(a)(1).

This Court also finds, in the absence of adversarial presentation, that it has personal jurisdiction over Defendants because Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Spin Master has provided a basis

---

[1] The e-commerce store urls are listed on Schedule A hereto under the Online Marketplaces.

to conclude that Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products bearing unauthorized copies of Spin Master's federally registered copyrighted designs (the "PAW Patrol Copyrighted Designs," including U.S. Copyright Registration Nos. VA 1-967-964, VAu 1-217-618, VA 1-967-980, VA 1-912-869, VA 1-999-428, VAu 1-294-879, VA 1-967-970, VA 1-968-054, VA 1-967-973, VA 1-967-971, VA 1-968-053) and/or using infringing and counterfeit versions of Spin Master's federally registered trademarks (the "PAW PATROL Trademarks") to residents of Illinois. In this case, Spin Master has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the PAW PATROL Trademarks. *See* Docket No. [17], which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the PAW PATROL Trademarks. A list of the PAW PATROL Trademarks is included in the below chart.

| Registration Number | Trademark | Goods and Services |
|---|---|---|
| 4,848,752 | PAW PATROL | For: Computer software for authoring, downloading, transmitting, receiving, editing, extracting, encoding, decoding, displaying, storing and organizing text, graphics, images, audio files, video files, electronic games and electronic publications; computer software for use in searching, reviewing, purchasing and downloading electronic games and electronic publications; computer software applications for use in downloading, playing and reviewing |

| | | |
|---|---|---|
| | | audio, text and other digital content in the field of children's entertainment; computer game discs, computer game cartridges; pre-recorded audio and visual videos, CDs, tapes and DVDs featuring fictional characters and activities for children, movies in the field of children's entertainment, television programs in the field of children's entertainment, books in the field of children's entertainment, music and instructions for use of toys in class 009.<br><br>For: Umbrellas; luggage tags; tote bags; carry-all bags; backpacks; rucksacks; school bags; fanny packs; messenger bags; handbags; wallets and purses; athletic bags; travel bags; knapsacks; change purses; duffle bags; beach bags in class 018.<br><br>For: Clothing, namely, children's clothing in the nature of shorts, t-shirts, sweaters, dresses, skirts and pants, play clothing, namely, costumes for use in children's dress up play, loungewear, sleepwear and undergarments; footwear, namely, children's footwear; headgear, namely, hats, caps, head bands and earmuffs in class 025. |
| 4,675,681 | PAW PATROL | For: Paper, cardboard and goods made from these materials, namely, paper goodie bags, cardboard boxes, notebooks, sketchbooks, drawing paper, craft paper, wrapping paper and decorative paper; printed matter, namely, photographs, calendars, diaries, coloring books and sticker books; books and publications, namely, books, magazines and comic books featuring animation; arts and crafts kits, namely, arts and crafts paint kits and paint sold therewith; children's arts and crafts paper kits and accessories therefor, namely, stickers and marking stamps, fabric and wax sheets with die cut shapes and form |

| | | |
|---|---|---|
| | | molds for creating and decorating; arts and crafts kits containing pens, pencils, crayons, markers, notebooks and sketchbooks, wrapping paper, decorative paper, stickers, glue, tape, stencils, paint brushes, drawing templates and rulers in class 016. |
| 4,614,743 | PAW PATROL | For: Toys, games and playthings, namely, dolls and accessories therefor, action figures, action figure play sets, character figures and toy animal figures, character figure and toy animal figure play sets, toy figurines, toy pets and accessories therefor, plush toys, toy vehicles, children's multiple activity toys, children's multiple activity toys featuring interactive activities and digital applications, toy building sets, educational toys, ride-on toys, construction toys, parlour games, puzzles, role-playing games, card games, board games, interactive board games, action skill games, action target games, electronic hand-held games for use with external display screen or monitor and electronic action toys in class 028.<br><br>For: Entertainment services in the nature of on-going television programs in the field of children's entertainment; entertainment, namely, a continuing animated television show broadcast over television, satellite, audio, and video media; entertainment services, namely, providing radio programs in the field of children's entertainment; entertainment services, namely, providing on-going television programs in the field of children's entertainment via a global computer network; entertainment services, namely, providing podcasts in the field of children's |

| | | |
|---|---|---|
| | | entertainment; entertainment services, namely, providing webcasts in the field of children's entertainment; entertainment services, namely, providing on-line computer games; entertainment services, namely, providing video podcasts in the field of children's entertainment; entertainment services, namely, providing temporary use of non-downloadable interactive games; entertainment services, namely, providing temporary use of non-downloadable electronic games; entertainment services, namely, providing temporary use of non-downloadable computer games; entertainment services, namely, providing temporary use of non-downloadable video games and distribution thereof in class 041 |
| 5,087,871 | TRACKER | For: Dolls; Plastic character toys; Play figures; Playsets for toy figures; Rubber character toys; Toy animals and accessories therefor; Toy figures in class 028. |
| 4,932,184 | EVEREST | For: Dolls; Plastic character toys; Play figures; Playsets for toy figures; Plush toys; Rubber character toys; Toy animals and accessories therefor; Toy figures in class 028. |
| 4,792,695 | ZUMA | For: toys, games and playthings, namely, dolls, toy animals, plush animals, and accessories for all the foregoing in class 028. |
| 4,779,749 | SKYE | For: Toys, games, and playthings, namely, dolls, toy animals, plush animals, character figures and character figure play sets, toy figurines, and accessories for all the foregoing in class 028. |
| 4,779,748 | ROCKY | For: toys, game and playthings, namely, dolls, toy animals, plush animals, and accessories for all the foregoing; all the foregoing relating |

| | | |
|---|---|---|
| | | to an animated television series, and not relating to the sport of boxing, or a movie or character relating to the sport of boxing in class 028. |
| 4,779,747 | CHASE | For: Toys, games and playthings, namely, dolls, toy animals, plush animals, character figures and character figure play sets, toy figurines, and accessories for all the foregoing in class 028. |
| 4,779,746 | MARSHALL | For: Toys, games, and playthings, namely, dolls, toy animals, plush animals, character figures and character figure play sets, toy figurines, and accessories for all the foregoing in class 028. |
| 4,779,745 | RUBBLE | For: Toys, games, and playthings, namely, dolls, toy animals, plush animals, character figures and character figure play sets, toy figurines, and accessories for all the foregoing in class 028. |
| 4,601,882 | RYDER | For: Toys, games and playthings, namely, dolls and accessories therefor, character figures and character figure play sets, toy figurines in class 028.<br><br>For: Entertainment services in the nature of on-going television programs in the field of children's entertainment; entertainment, namely, a continuing animated television show broadcast over television, satellite, audio, and video media; entertainment services, namely, providing radio programs in the field of children's entertainment; entertainment services, namely, providing on-going television programs in the field of children's entertainment via a global computer network; entertainment services, namely, |

| | | |
|---|---|---|
| | | providing podcasts in the field of children's entertainment; entertainment services, namely, providing webcasts in the field of children's entertainment; entertainment services, namely, providing on-line computer games; entertainment services, namely, providing video podcasts in the field of children's entertainment; entertainment services, namely, providing temporary use of non-downloadable interactive games; entertainment services, namely, providing temporary use of non-downloadable electronic games; entertainment services, namely, providing temporary use of non-downloadable computer games; entertainment services, namely, providing temporary use of non-downloadable video games and distribution thereof in class 041. |
| 5,218,798 |  | For: Computer software for authoring, downloading, transmitting, receiving, editing, extracting, encoding, decoding, displaying, storing and organizing text, graphics, images, audio files, video files, electronic games and electronic publications; computer software for use in searching, reviewing, purchasing and downloading electronic games and electronic publications; computer software applications for use in downloading, playing and reviewing audio, text and other digital content in the field of children's entertainment; computer software, namely, apps for mobile phones, smart phones, computers and tablets featuring interactive video games; computer game software; computer game discs, computer game cartridges; pre-recorded audiotapes, videotapes, CDs, and DVDs featuring movies and television programs about fictional characters, educational activities for children, audio books for children about fictional |

| | | |
|---|---|---|
| | | characters, music and instructions for use of toys in class 009.<br><br>For: Paper, cardboard and goods made from these materials, namely, paper goodie bags, cardboard boxes, notebooks, sketchbooks, drawing paper, craft paper, wrapping paper and decorative paper; printed matter, namely, photographs, calendars, diaries, coloring books and sticker books; stationery; books and publications, namely, books, magazines and comic books featuring animation; arts and crafts kits, namely, arts and crafts paint kits and paint sold therewith; children's arts and crafts paper kits and accessories therefor, namely, stickers and marking stamps, fabric and wax sheets with die cut shapes and form molds for creating and decorating; arts and crafts kits containing pens, pencils, crayons, markers, notebooks and sketchbooks, wrapping paper, decorative paper, stickers, glue, tape, stencils, paint brushes, drawing templates and rulers in class 016.<br><br>For: Umbrellas; luggage tags; tote bags; carry-all bags; lunch bags of nylon and canvas; backpacks; rucksacks; school bags; fanny packs; messenger bags; handbags; wallets and purses; athletic bags; travel bags; knapsacks; change purses; duffle bags; beach bags in class 018.<br><br>For: Clothing, namely, children's clothing in the nature of shorts, t-shirts, sweaters, dresses, skirts and pants, play clothing, namely, costumes for use in children's dress up play, loungewear, sleepwear and undergarments; footwear, namely, children's footwear; headgear, namely, hats, caps, head bands and earmuffs in class 025. |

| | | |
|---|---|---|
| | | For: Toys, games and playthings, namely, dolls and accessories therefor, action figures, action figure play sets, character figures and toy animal figures, character figure and toy animal figure play sets, toy figurines, toy pets and accessories therefor, plush toys, toy vehicles, children's multiple activity toys, children's multiple activity toys featuring interactive activities and digital applications, toy building sets, educational toys, ride-on toys, construction toys, parlour games, puzzles, role-playing games, card games, board games, interactive board games, action skill games, action target games, electronic hand-held games for use with external display screen or monitor and electronic action toys in class 028.<br><br>For: Entertainment services in the nature of on-going television programs in the field of children's entertainment; entertainment, namely, a continuing animated television show broadcast over television, satellite, audio, and video media; entertainment services, namely, providing radio programs in the field of children's entertainment; entertainment services, namely, providing on-going television programs in the field of children's entertainment via a global computer network; entertainment services, namely, providing podcasts in the field of children's entertainment; entertainment services, namely, providing webcasts in the field of children's entertainment; entertainment services, namely, providing on-line computer games; entertainment services, namely, providing video podcasts in the field of children's entertainment; entertainment services, namely, providing temporary use of non-downloadable |

| | | interactive games; entertainment services, namely, providing temporary use of non-downloadable electronic games; entertainment services, namely, providing temporary use of non-downloadable computer games; entertainment services, namely, providing temporary use of non-downloadable video games and distribution thereof in class 041. |
|---|---|---|

This Court also finds that the injunctive relief previously granted in the TRO should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of Spin Master's previously granted Motion for Entry of a TRO establishes that Spin Master has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that Spin Master will suffer irreparable harm if the injunction is not granted.

Specifically, Spin Master has proved a *prima facie* case of trademark infringement because (1) the PAW PATROL Trademarks are distinctive marks and are registered with the U.S. Patent and Trademark Office on the Principal Register, (2) Defendants are not licensed or authorized to use any of the PAW PATROL Trademarks, and (3) Defendants' use of the PAW PATROL Trademarks is causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with Spin Master. Furthermore, Defendants' continued and unauthorized use of the PAW PATROL Trademarks irreparably harms Spin Master through diminished goodwill and brand confidence, damage to Spin Master's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, Spin Master has an inadequate remedy at law. Moreover, the public interest is served by entry of this

Preliminary Injunction to dispel the public confusion created by Defendants' actions. Accordingly, this Court orders that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be preliminarily enjoined and restrained from:

    a. using the PAW PATROL Trademarks or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine PAW Patrol product or not authorized by Spin Master to be sold in connection with the PAW PATROL Trademarks;

    b. reproducing, distributing copies of, making derivative works of, or publicly displaying the PAW Patrol Copyrighted Designs in any manner without the express authorization of Spin Master;

    c. passing off, inducing, or enabling others to sell or pass off any product as a genuine Paw Patrol product or any other product produced by Spin Master, that is not Spin Master's or not produced under the authorization, control, or supervision of Spin Master and approved by Spin Master for sale under the PAW PATROL Trademarks and/or the PAW Patrol Copyrighted Designs;

    d. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of Spin Master, or are sponsored by, approved by, or otherwise connected with Spin Master;

    e. further infringing the PAW PATROL Trademarks and/or the PAW Patrol Copyrighted Designs and damaging Spin Master's goodwill; and

  f. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Spin Master, nor authorized by Spin Master to be sold or offered for sale, and which bear any of Spin Master's trademarks, including the PAW PATROL Trademarks, or any reproductions, counterfeit copies, or colorable imitations thereof and/or which bear the PAW Patrol Copyrighted Designs.

2. Defendants shall not transfer or dispose of any money or other of Defendants' assets in any of Defendants' financial accounts.

3. Spin Master is authorized to issue expedited written discovery, pursuant to Federal Rules of Civil Procedure 33, 34 and 36, related to:

  a. the identities and locations of Defendants, their officers, agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information, including any and all associated e-mail addresses; and

  b. the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Online Marketplaces.

4. Upon Spin Master's request, Defendants and any third party with actual notice of this Order who is providing services for any of Defendants, or in connection with any of Defendants' Online Marketplaces, including, without limitation, any online

marketplace platforms such as eBay, Inc., AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc., ContextLogic Inc. d/b/a Wish.com ("Wish.com"), and DHgate (collectively, the "Third Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to Spin Master expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Online Marketplaces; and

c. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Inc. ("PayPal"), eBay, Alipay, Wish.com, Alibaba, Ant Financial Services Group ("Ant Financial"), Amazon Pay, DHgate, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

5. Upon Spin Master's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 4, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the PAW PATROL Trademarks.

6. Any Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, DHgate, and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order:

   a. locate all accounts and funds connected to Defendants' seller aliases, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto; and

   b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further order by this Court.

7. Spin Master may provide notice of the proceedings in this case to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Pleadings, this Order, and other relevant documents on a website and by sending an e-mail to Defendants that includes a link to said website. The Clerk of the Court is directed to issue a single original summons in the name of "The Partnerships and all other Defendants identified in the Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to

apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

8. Schedule A to the Complaint [2], Exhibit 4 to the Declaration of Chris Harrs [17],, and the TRO [22] are unsealed.

9. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and the Northern District of Illinois Local Rules. Any third party impacted by this Order may move for appropriate relief.

10. The $10,000 bond posted by Spin Master shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

                                                                 SO ORDERED:

                                                                 /s/ Martha M. Pacold
                                                                  Martha M. Pacold
                                                                  United States District Judge

Dated: May 3, 2022

SPIN MASTER LTD., et al. v. The Partnerships and Unincorporated Associations Identified on
Schedule "A" – Case No. 22-cv-01326

# Schedule A

| | Defendant Online Marketplaces | |
|---|---|---|
| No | URL | Name / Seller Alias |
| 1 | amazon.com/sp?seller=A2D3H62CU395UY | Jusase |
| 2 | amazon.com/sp?seller=A2DAGWWVJGY4PV | meibo-jiul |
| 3 | amazon.com/sp?seller=A2E7Y7BFCIOBNC | ICbaby |
| 4 | amazon.com/sp?seller=A2ETH7HUQZ3L2B | huapingshangmaogongsi |
| 5 | DISMISSED | DISMISSED |
| 6 | amazon.com/sp?seller=A2FPDDH5TVU091 | A Phalaenopsis |
| 7 | amazon.com/sp?seller=A2GXDM1194RZOC | qianglimaoyiyouxiangongsi |
| 8 | amazon.com/sp?seller=A2HAAY24CMNY4M | KENS |
| 9 | amazon.com/sp?seller=A2HVSTUHE65UCW | Sincerely Mr Huang |
| 10 | amazon.com/sp?seller=A2I0VEVEI0KE2H | Jooeus |
| 11 | amazon.com/sp?seller=A2KZ856I3XEQ50 | Westmouty |
| 12 | amazon.com/sp?seller=A2LBZWGRZIL3S8 | liudezhumaoyiyouxianggongsi |
| 13 | amazon.com/sp?seller=A2LHNKLIGU1T38 | Meng Ge Pai |
| 14 | amazon.com/sp?seller=A2MWTDDBXPPJM9 | IdeaSpring |
| 15 | amazon.com/sp?seller=A2NASF0NIX2NC | IOASONER |
| 16 | amazon.com/sp?seller=A2NC7ZBJ10ULKZ | a cup |
| 17 | amazon.com/sp?seller=A2OME6LKNZXCFR | Pig Pig party |
| 18 | amazon.com/sp?seller=A2P7SNM283XTM7 | Weetoo |
| 19 | amazon.com/sp?seller=A2QEQ235FH65XJ | URANGEL |
| 20 | amazon.com/sp?seller=A2QKVKCW7RA6UT | Pretty small waist |
| 21 | amazon.com/sp?seller=A2QLIWXDO3RO0C | zhanjieshangmaoyouxiangongsi |
| 22 | amazon.com/sp?seller=A2QUW3Q61L1CMZ | OUHJ |
| 23 | amazon.com/sp?seller=A2RLTI1L1XVU8Z | zhangjiajieshiwulingyuan |
| 24 | amazon.com/sp?seller=A2TFWAIJ7OT9S1 | houyindia |
| 25 | amazon.com/sp?seller=A2THPWGT4MXLSJ | Guangzhouyueqinshangmaoyouxiangongsiyi |
| 26 | amazon.com/sp?seller=A2UBX6PCSIOQH1 | Angelhood |
| 27 | amazon.com/sp?seller=A2UN2APZZNWBCE | Xinlaguhua |
| 28 | amazon.com/sp?seller=A2VCYS09R4OAA7 | wuhantengqiaodianzi |
| 29 | amazon.com/sp?seller=A2W0BWU3CA0AU7 | KubiPlumus |
| 30 | amazon.com/sp?seller=A2W6UDT3TS4663 | shengse |
| 31 | amazon.com/sp?seller=A2WXSXNVY58REN | jack--us |
| 32 | amazon.com/sp?seller=A2WZVAG8OD2U3V | Blueoceanon |

| 33 | amazon.com/sp?seller=A2Y0Q3YY7S01R4 | JOYMEMO |
|---|---|---|
| 34 | amazon.com/sp?seller=A2ZGHS9L6J6H7E | XY-TOP1 |
| 35 | amazon.com/sp?seller=A30LLUBN3TTXKU | guyangyang2021 |
| 36 | amazon.com/sp?seller=A3100F77ZKN9QS | Haabin balloons |
| 37 | amazon.com/sp?seller=A31I54NFYAGQES | Qintu |
| 38 | amazon.com/sp?seller=A331DSYXIPEVPI | baoliriyongpin |
| 39 | amazon.com/sp?seller=A33PND32FOY9RE | qifeishangmao3 |
| 40 | amazon.com/sp?seller=A343PVNXYYVJLN | Baibuyuanwaimao |
| 41 | amazon.com/sp?seller=A34CKPXODHG1BP | pugest |
| 42 | amazon.com/sp?seller=A34G0TKOF395GI | pingchaili |
| 43 | amazon.com/sp?seller=A34S4WQ6XTQ57 | JIANGWENJING |
| 44 | amazon.com/sp?seller=A35BJ4CE3VG56W | anni US |
| 45 | amazon.com/sp?seller=A35S42K2PAA78F | JiNanGuiJuDianZiShangWu |
| 46 | amazon.com/sp?seller=A362OZFOUGNK9C | SUSO DIRECT |
| 47 | amazon.com/sp?seller=A36484UBUX8WNV | Bimmer M3 |
| 48 | amazon.com/sp?seller=A364JAGXRLTGAU | ferentia |
| 49 | amazon.com/sp?seller=A36GM3RZ9Q2LQW | ChunRong Dian |
| 50 | amazon.com/sp?seller=A38Q94KIW3CUUZ | kacaroye |
| 51 | amazon.com/sp?seller=A39V4H5XEUHUKR | MiChenUS |
| 52 | amazon.com/sp?seller=A39XOJAONGMAKX | HAOLANG FACTORY |
| 53 | amazon.com/sp?seller=A3APHCLI8QU7FH | happinessmore |
| 54 | amazon.com/sp?seller=A3B0BB0NTZK1FY | G US |
| 55 | amazon.com/sp?seller=A3CI7W1XWIVAS8 | lankaoxiantianhengfushiyouxiangongsi |
| 56 | amazon.com/sp?seller=A3CLTWP30CWV2N | zhenfeistore |
| 57 | amazon.com/sp?seller=A3CLXPHGEEJGZ0 | shanxiyicongwangluokejiyouxongsi |
| 58 | amazon.com/sp?seller=A3D10UOJS6933 | A3D10UOJS6933 |
| 59 | amazon.com/sp?seller=A3D8BMHHV24IIY | cobud |
| 60 | amazon.com/sp?seller=A3DCO4OH03RUS7 | A3DCO4OH03RUS7 |
| 61 | amazon.com/sp?seller=A3FXLYV68TYIXY | shenzhenshihainaweixinmaoyiyouxiangongsi |
| 62 | amazon.com/sp?seller=A3H5UHRMTR8L98 | BAITENG-US |
| 63 | amazon.com/sp?seller=A3H6O2J6AKFYXM | Laxido |
| 64 | amazon.com/sp?seller=A3HV1KTWE1T3UT | A3HV1KTWE1T3UT |
| 65 | amazon.com/sp?seller=A3I3WHOBDGQPX8 | A3I3WHOBDGQPX8 |
| 66 | amazon.com/sp?seller=A3I9OIXYKX2TB | TECHUS |
| 67 | amazon.com/sp?seller=A3IJ21Y3IHY50T | ALL DUCK store |
| 68 | amazon.com/sp?seller=A3JQ5KJAE7DPZW | JJXLIU |
| 69 | amazon.com/sp?seller=A3JW1T91Q3KTWX | Flyerskyhan |
| 70 | amazon.com/sp?seller=A3KBBZ8MW4KLWE | Dzjiuen |
| 71 | amazon.com/sp?seller=A3KDGTHRHEN8F9 | cangzhoubinrongkejiyouxiangongsi |
| 72 | amazon.com/sp?seller=A3KHPNXEWGI08H | Hzdwsfa |
| 73 | amazon.com/sp?seller=A3LYLZ2V5D19Y2 | BSLUR |

| | | |
|---|---|---|
| 74 | amazon.com/sp?seller=A3LYZWP3X73529 | laixiuzhenbaihuodian |
| 75 | amazon.com/sp?seller=A3MUQTXIPFBI37 | xiantaoshihaozisehuazhuangpinshanghang |
| 76 | amazon.com/sp?seller=A3N0W1KDXX422A | Golord |
| 77 | amazon.com/sp?seller=A3N4AF5GMLJN0H | yunyunjilingbaihuodian |
| 78 | amazon.com/sp?seller=A3OPLZ61U4GE3 | Hsxssusk |
| 79 | amazon.com/sp?seller=A3OU5JX1YIEIUY | KIUSJWMD |
| 80 | amazon.com/sp?seller=A3P1N598DJ2KNK | chijingjingmaidehao |
| 81 | amazon.com/sp?seller=A3PRISKV86QXR3 | Morofme |
| 82 | amazon.com/sp?seller=A3Q6V0E1FGIPS3 | LFGWSX |
| 83 | amazon.com/sp?seller=A3R7I16AO4Y33Q | runyangshangmao |
| 84 | amazon.com/sp?seller=A3R7XC8TAILJDL | Icasy |
| 85 | amazon.com/sp?seller=A3R9M0Y1YMZZ9G | MiSeal |
| 86 | amazon.com/sp?seller=A3REQUDJG5MNZK | wujieyuhome |
| 87 | amazon.com/sp?seller=A3RITXR90U6567 | wang-shops |
| 88 | amazon.com/sp?seller=A3SUF8RJMMCZAI | Crown Joker |
| 89 | amazon.com/sp?seller=A3SZX2CD5NIK6V | YLXS |
| 90 | amazon.com/sp?seller=A3T6YGL310JXUY | Ximing |
| 91 | amazon.com/sp?seller=A3TP0XM07MOOFC | RUI JIA |
| 92 | amazon.com/sp?seller=A3UCLPV24425ET | yangnanhuibaihuodian |
| 93 | amazon.com/sp?seller=A3UQ8FRO29AUO8 | Happy Dragon-0012 |
| 94 | amazon.com/sp?seller=A3VKL3CRF3Z80 | A3VKL3CRF3Z80 |
| 95 | amazon.com/sp?seller=A46HCOLQQ4V4H | yingmanshangmao |
| 96 | amazon.com/sp?seller=A4G7HVTCIZ2IT | Casdge |
| 97 | amazon.com/sp?seller=A4LSNK9332MD1 | zhikai US |
| 98 | amazon.com/sp?seller=A56GFA9AXIBF2 | G1R5T68H46F416QD146Q41 |
| 99 | amazon.com/sp?seller=A5BX9DVSRKD8 | AnjosRoom |
| 100 | amazon.com/sp?seller=A5Y68MZROABZJ | Ankm |
| 101 | amazon.com/sp?seller=A64A3PM39TV1S | Lucykaka |
| 102 | amazon.com/sp?seller=A6828WYDDK6PJ | US-AA |
| 103 | amazon.com/sp?seller=A6G1QE1ZRDDQO | Sanianke |
| 104 | amazon.com/sp?seller=A7CS0TL39I8LG | A7CS0TL39I8LG |
| 105 | amazon.com/sp?seller=A8V6J3E7A4CZA | Mengyuan Zhang01 |
| 106 | amazon.com/sp?seller=A9NPOO4UU4KAB | Akally |
| 107 | amazon.com/sp?seller=AAUAVXWVSGGFD | runhanmeirongfuwuguan |
| 108 | amazon.com/sp?seller=AAZCCK7PAMQBO | xuanzhen |
| 109 | amazon.com/sp?seller=ABG5E9ZIJHA83 | Captain Bee |
| 110 | amazon.com/sp?seller=ACHLQY67VDQVG | The same |
| 111 | amazon.com/sp?seller=ACPBER2B7KFZN | panjialong |
| 112 | amazon.com/sp?seller=ACS5SY4H6FKIY | jushengyuanyuan |
| 113 | amazon.com/sp?seller=AD27LSLX8465M | BlueMa |
| 114 | amazon.com/sp?seller=AE3LXMAB6K1BW | yonghhuan |

| | | |
|---|---|---|
| 115 | amazon.com/sp?seller=AE9LU7Z0M898C | XIPINGLI |
| 116 | amazon.com/sp?seller=AEE6LD8L01RCW | gianchengheilong |
| 117 | amazon.com/sp?seller=AEM43RJNK6WYA | Ourage |
| 118 | amazon.com/sp?seller=AF63ATXP4RR4N | crvera |
| 119 | amazon.com/sp?seller=AF6PNVGTAKEEO | Arami culture |
| 120 | amazon.com/sp?seller=AFAY43OE0RFO8 | WEIJINGSHANGMAOBU |
| 121 | amazon.com/sp?seller=AFUFM1QHGGAPF | linzhangdian |
| 122 | amazon.com/sp?seller=AGC87BQO7K246 | Lianghuai |
| 123 | amazon.com/sp?seller=AGK89ZG6LUVAV | Golden flowerpot |
| 124 | amazon.com/sp?seller=AGSGZSHBZ87TV | AGSGZSHBZ87TV |
| 125 | amazon.com/sp?seller=AHHJN7M5DDSNN | zhanghaiyingdedian |
| 126 | amazon.com/sp?seller=AHIE2KI95B5W6 | Encounter-LMZ |
| 127 | amazon.com/sp?seller=AHR94DB6KQH1T | luezhong |
| 128 | amazon.com/sp?seller=AHUS39CGBXL80 | KOMAJJM |
| 129 | amazon.com/sp?seller=AI60SHGZISGOV | HJXNFMWK |
| 130 | amazon.com/sp?seller=AI8LS7Y5FWRL6 | GOOD SACG |
| 131 | amazon.com/sp?seller=AIGY6EPQ88QO | xianshibeilinqujinmujiangdianzishangwufuwubu |
| 132 | amazon.com/sp?seller=AJO149W49M0OB | AJO149W49M0OB |
| 133 | amazon.com/sp?seller=AKC7DCKF4KJVR | you'wang'shang'mao |
| 134 | amazon.com/sp?seller=AKHDE6RMMTK7L | gvuy |
| 135 | amazon.com/sp?seller=AMCSBH1NNCO0E | huiwanshangmao |
| 136 | amazon.com/sp?seller=AMZKDWVTQSVZ9 | Tolivef |
| 137 | amazon.com/sp?seller=ANC6UC6KKOC3D | Successtyle |
| 138 | amazon.com/sp?seller=ANN9Y1JG4R7Z | unjia |
| 139 | amazon.com/sp?seller=AO1KSCDRH72GF | MI(Meet-Interesting) |
| 140 | amazon.com/sp?seller=AOLJZU0FX5UD6 | ZHHWE |
| 141 | amazon.com/sp?seller=AOPR4DHHD95V6 | MiaoRain |
| 142 | amazon.com/sp?seller=AOSTI6AO6I5J0 | Dream is world peace |
| 143 | amazon.com/sp?seller=AOXAVHXBOZO0L | Family Poster Collection |
| 144 | amazon.com/sp?seller=AP2LIK1EGBI1L | hefeimiecaishangmaoyouxiangongsi |
| 145 | amazon.com/sp?seller=AP33VEQPPWK2A | linlonghua |
| 146 | amazon.com/sp?seller=AQ66QOK5IK5LR | XHST |
| 147 | amazon.com/sp?seller=AQDROOI5P4882 | JiaHui Sincere Store |
| 148 | amazon.com/sp?seller=AQHQYGOCQ0HIL | XIAOTANWANGLUO |
| 149 | amazon.com/sp?seller=AQYR2G4MXUXMA | woopsoo |
| 150 | amazon.com/sp?seller=AS7KM2TR4B5E3 | LIANGtangtang |
| 151 | amazon.com/sp?seller=ASZIT48FRNW5S | Poruishi |
| 152 | amazon.com/sp?seller=AT1DB6LCHFNLL | dian |
| 153 | amazon.com/sp?seller=ATF70D28YBO7X | LKskztbcx |
| 154 | amazon.com/sp?seller=AV2PPT1S7YTF | shifangying |
| 155 | amazon.com/sp?seller=AV2UCWXIFANDM | Bersaicy |

| | | |
|---|---|---|
| 156 | amazon.com/sp?seller=AV96TIOT1Z36R | Wujiedi |
| 157 | amazon.com/sp?seller=AVC372W0LJNAO | ZD&TOP |
| 158 | amazon.com/sp?seller=AVH98H577JL35 | A leaf |
| 159 | amazon.com/sp?seller=AVLCFX2O2V1FD | Meuparty |
| 160 | amazon.com/sp?seller=AVXHO6W7A2QUI | Adier |
| 161 | amazon.com/sp?seller=AW1J5QIZSB69U | honeyyzq |
| 162 | amazon.com/sp?seller=AWCI4ULE6TGZ6 | Jin-eulgiao |
| 163 | amazon.com/sp?seller=AWV1NN5KXQMT8 | zhenhuachai |
| 164 | amazon.com/sp?seller=AX9NSMHQXLRMP | Slmilu |
| 165 | amazon.com/sp?seller=AY3F49KOA7U4C | Wrakus-US |
| 166 | amazon.com/sp?seller=AYQMEM91T202C | zdongwanshiyichenguanggaozhuangshiyouxiangongsi |
| 167 | amazon.com/sp?seller=AZQKJ2I68QCIB | yingzhihuashangmao |
| 168 | ebay.com/usr/2017goodshop_9 | 2017goodshop_9 |