IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SPIN MASTER LTD., a Canadian corporation and SPIN MASTER, INC., a Delaware corporation,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>JUSASE, et al.,<br><br>　　　　Defendants. | Case No. 22-cv-01326<br><br>**Judge Martha M. Pacold**<br><br>**Magistrate Judge Heather K. McShain** |

## MOTION FOR ENTRY OF AN AGREED ASSET RESTRAINT ORDER

Plaintiffs Spin Master Ltd. and Spin Master, Inc. (collectively, "Spin Master" or "Plaintiffs"), and defendant Flyerskyhan ("Defendant") hereby move this Honorable Court for entry of an Agreed Asset Restraint Order reducing the amount restrained for Defendant. Spin Master has submitted a copy of the Agreed Asset Restraint Order to Proposed_Order_Pacold@ilnd.uscourts.gov.

Dated this 27th day of May 2022.　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Isaku M. Begert
　　　　　　　　　　　　　　　　　　Amy C. Ziegler
　　　　　　　　　　　　　　　　　　Justin R. Gaudio
　　　　　　　　　　　　　　　　　　Christopher S. Hermanson
　　　　　　　　　　　　　　　　　　Isaku M. Begert
　　　　　　　　　　　　　　　　　　Greer, Burns & Crain, Ltd.
　　　　　　　　　　　　　　　　　　300 South Wacker Drive, Suite 2500
　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　　　312.360.0080 / 312.360.9315 (facsimile)
　　　　　　　　　　　　　　　　　　aziegler@gbc.law
　　　　　　　　　　　　　　　　　　jgaudio@gbc.law
　　　　　　　　　　　　　　　　　　chermanson@gbc.law
　　　　　　　　　　　　　　　　　　ibegert@gbc.law

　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs Spin Master Ltd. and Spin Master, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of May 2022, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website and I will send an e-mail to the e-mail addresses identified in Exhibit A hereto that includes a link to said website.

/s/ Isaku M. Begert
Amy C. Ziegler
Justin R. Gaudio
Christopher S. Hermanson
Isaku M. Begert
Rachel S. Miller
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
chermanson@gbc.law
ibegert@gbc.law
rmiller@gbc.law

*Counsel for Plaintiffs Spin Master Ltd. and Spin Master, Inc.*