# Exhibit A

| Seller Aliases | Email Addresses |
|---|---|
| meibo-jiul | z13937509872@163.com |
| huapingshangmaogongsi | gong303921840@163.com |
| A Phalaenopsis | xianming1062@163.com |
| qianglimaoyiyouxiangongsi | q18150658222@163.com |
| KENS | 13528453834@163.com |
| Sincerely Mr Huang | a19129422539@163.com |
| Jooeus | joylee19970908@163.com |
| Westmouty | sf345wwsff@outlook.com |
| liudezhumaoyiyouxianggongsi | istongrichukhinud@yahoo.com |
| Meng Ge Pai | dpt6tpaipai@163.com |
| IdeaSpring | 784444167@qq.com |
| IOASONER | guangzhoushiliujun2021@outlook.com |
| a cup | jj18264153130@163.com |
| Pig Pig party | guanlaiqing2020@163.com |
| Weetoo | 759503607@qq.com |
| URANGEL | 17190440198@163.com |
| Pretty small waist | z17750082927@163.com |
| zhanjieshangmaoyouxiangongsi | xiazhuang554@163.com |
| OUHJ | lihongxin1111@outlook.com |
| houyindia | houyindiamz@126.com |
| Guangzhouyueqinshangmaoyouxiangongsiyi | yuangu35315@163.com |
| Angelhood | ugalela@outlook.com |
| Xinlaguhua | runingmoon@outlook.com |
| wuhantengqiaodianzi | wenhongfu1@outlook.com |
| KubiPlumus | mahaid@qq.com |
| shengse | gaoteusa@sina.com |
| jack--us | luojiaqide2021@163.com |
| Blueoceanon | cdx5151370zhang@163.com |
| XY-TOP1 | wu593783256@outlook.com |
| guyangyang2021 | guyangyang2021@sohu.com |
| Haabin balloons | harbinballoons@163.com |
| Qintu | wsq729888@163.com |
| baoliriyongpin | l15395799777@163.com |
| qifeishangmao3 | ch6404@163.com |
| Baibuyuanwaimao | ev1621edwb5446@163.com |
| pugest | haosest@163.com |
| pingchaili | wangping0223@outlook.com |
| JIANGWENJING | wenjing2021amz@163.com |
| anni US | 22613602@qq.com |

| | |
|---|---|
| JiNanGuiJuDianZiShangWu | liumon13992@163.com |
| SUSO DIRECT | mng555huv585@163.com |
| Bimmer M3 | zzb123456zy@163.com |
| ferentia | ferentia@outlook.com |
| ChunRong Dian | zhangchunrong19us@outlook.com |
| kacaroye | km02323@163.com |
| happinessmore | kdgdtress@126.com |
| G US | thedis990@163.com |
| lankaoxiantianhengfushiyouxiangongsi | w17637893849@163.com |
| zhenfeistore | zhenfei2021@126.com |
| cobud | usenvironerly@outlook.com |
| A3DCO4OH03RUS7 | linjinweicbd@163.com |
| shenzhenshihainaweixinmaoyiyouxiangongsi | xuejunping2020@126.com, baoxinyinglh419@163.com |
| BAITENG-US | liuguoweibeimei@163.com |
| Laxido | liancheng2015a@163.com |
| A3HV1KTWE1T3UT | shaoz686862@163.com |
| A3I3WHOBDGQPX8 | xiang1503641@163.com |
| TECHUS | 15812914632@163.com |
| ALL DUCK store | n0ehp35m@163.com |
| JJXLIU | jvl1rd@163.com |
| Flyerskyhan | flyerskyhan@163.com |
| Dzjiuen | ddangzjun54kl@163.com |
| cangzhoubinrongkejiyouxiangongsi | tuanlun76271316@163.com |
| Hzdwsfa | ydxiumai@163.com |
| laixiuzhenbaihuodian | lianbi094811@163.com |
| xiantaoshihaozisehuazhuangpinshanghang | wangpanbandu@163.com |
| Golord | xiebinbin8@126.com |
| yunyunjilingbaihuodian | qiulijun007@outlook.com |
| Hsxssusk | chenfan14550715@163.com |
| KIUSJWMD | weichunhuaoz@163.com |
| chijingjingmaidehao | chijingjdedianbu@163.com |
| LFGWSX | botoulanseyewan@163.com, canghzoujinlan@163.com |
| runyangshangmao | sjt686fff@163.com |
| Icasy | honglongusa@163.com |
| MiSeal | mixian-us@outlook.com |
| wujieyuhome | wu229198329911@163.com |
| wang-shops | wangxiaocheng61@outlook.com |
| Crown Joker | yqz316151504@163.com |
| YLXS | s609019@163.com |
| Ximing | ximing8968@126.com |

| | |
|---|---|
| RUI JIA | zhruxu1825@163.com |
| yangnanhuibaihuodian | wc8656743@163.com |
| Happy Dragon-0012 | zlong8888@outlook.com |
| A3VKL3CRF3Z80 | kun970714@163.com |
| yingmanshangmao | zhaoshufang112233@163.com |
| Casdge | lizhixiangus@outlook.com |
| zhikai US | f1414776525@outlook.com |
| G1R5T68H46F416QD146Q41 | effergergrg@163.com |
| Ankm | ohy68kig@163.com |
| Lucykaka | z18026980602@163.com |
| US-AA | zhongwen0428@163.com |
| Sanianke | sanjianke1212@163.com |
| A7CS0TL39I8LG | king77ba@126.com |
| Mengyuan Zhang01 | a15839533935@hotmail.com |
| Akally | g_rabbit888@sina.com |
| runhanmeirongfuwuguan | hanceky9@163.com |
| xuanzhen | zhuotaimaoyi@outlook.com |
| Captain Bee | happyshop125@163.com |
| The same | linxiaohui1919@126.com |
| panjialong | dongpan7886@163.com |
| jushengyuanyuan | pu1182020@163.com |
| BlueMa | zriari@outlook.com |
| yonghhuan | dynancih202010051@163.com |
| XIPINGLI | mglixipping1220@hotmail.com |
| giancengheilong | liangyangming0905@163.com |
| Ourage | chuangkouk@outlook.com |
| crvera | zaz13808538950@163.com |
| Arami culture | xiangdian05888666@163.com |
| WEIJINGSHANGMAOBU | qq122463028@163.com |
| linzhangdian | fkxxd1122@163.com |
| Lianghuai | xiaochen1852697@163.com |
| Golden flowerpot | joanyo@126.com |
| AGSGZSHBZ87TV | dading6@163.com |
| zhanghaiyingdedian | az903mhnd97@163.com |
| Encounter-LMZ | mingzhuouzhou@163.com |
| luezhong | a18539971435@163.com |
| KOMAJJM | shijinbo2021@163.com |
| HJXNFMWK | ftyxjz@163.com |
| GOOD SACG | hexiaoli0530@163.com |
| xianshibeilinqujinmujiangdianzishangwufuwubu | xiao3962928541@163.com |
| AJO149W49M0OB | zeng939104796@163.com |

| | |
|---|---|
| you'wang'shang'mao | zdd15037539552@163.com |
| gvuy | chenyingdi19920905@163.com |
| huiwanshangmao | fengcy369@163.com |
| Tolivef | tolive220@163.com |
| Successtyle | anchengxiang@aliyun.com |
| unjia | kakachen421@163.com |
| MI(Meet-Interesting) | cihenmian199359@163.com |
| ZHHWE | zhouhe1995@outlook.com |
| MiaoRain | kg73511433jifa@163.com |
| Dream is world peace | lh008868@163.com |
| Family Poster Collection | inxiao0002@163.com |
| hefeimiecaishangmaoyouxiangongsi | dvhjvasf@163.com |
| linlonghua | rey078091@163.com |
| JiaHui Sincere Store | 1325571897@qq.com |
| XIAOTANWANGLUO | xiaotanwangluo@163.com, qvldgot94354@163.com |
| woopsoo | tangmingus@163.com |
| Poruishi | poruishi@163.com |
| dian | bfw8602@163.com |
| LKskztbcx | xiaonaigou12345678@163.com |
| shifangying | shifangyingus@sina.com |
| Bersaicy | wang_xiewe1ixi@aliyun.com |
| Wujiedi | liao13790160262@163.com |
| ZD&TOP | wzdamz123@163.com |
| Meuparty | lingweius1@163.com |
| Adier | sheng2199@outlook.com |
| honeyyzq | zhuoyou3208325@163.com |
| Jin-eulgiao | hjie6088@163.com |
| zhenhuachai | jiangyangqumubaiyun@outlook.com |
| Slmilu | yffyff200@163.com |
| Wrakus-US | yibenhuahulu@tom.com |
| zdongwanshiyichenguanggaozhuangshiyouxiangongsi | u34925893lubu993@163.com |
| yingzhihuashangmao | qwerojo413@outlook.com |
| 2017goodshop_9 | goodshop9@yeah.net, wujianhua2013@yeah.net |