# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SPIN MASTER LTD., a Canadian corporation and SPIN MASTER, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JUSASE, et al.,<br><br>Defendants. | Case No. 22-cv-01326<br><br>**Judge Martha M. Pacold**<br><br>**Magistrate Judge Heather K. McShain** |

## AGREED ASSET RESTRAINT ORDER

On March 24, 2022, this Court entered a Temporary Restraining Order ("TRO") [22] as to the Defendants identified in Schedule A attached thereto, including defendant Flyerskyhan ("Defendant"). The TRO [22] included a provision to restrain funds in Defendant's linked financial accounts, including funds held by Amazon.com, Inc. ("Amazon").

IT IS HEREBY ORDERED that Amazon shall maintain a restraint of ninety thousand dollars ($90,000) of funds in Defendant Flyerskyhan's financial accounts until a final disposition of this case. All other funds in Defendant Flyerskyhan's financial accounts shall be released and the restraints on the accounts shall be removed (outside of the ninety thousand dollars ($90,000) which shall remain restrained until a final disposition of this case).

Dated: May 31, 2022      /s/ Martha M. Pacold