# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SPIN MASTER LTD., a Canadian corporation and SPIN MASTER, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HUAPINGSHANGMAOGONGSI, et al.,<br><br>　　　　　Defendants. | Case No. 22-cv-01326<br><br>**Judge Martha M. Pacold**<br><br>**Magistrate Judge Heather K. McShain** |

## ORDER

Based on the evidence submitted in support of the temporary restraining order [14], [15], [16], [17], the motion for entry of default and default judgment [68], and the admission of liability by virtue of the default [73], plaintiffs have established that the infringement was willful, that damages should be awarded in the amount of $500,000 per defendant, and that a permanent injunction should be entered. Plaintiffs have shown that the infringement of its marks causes it irreparable harm in the form of diminished goodwill and brand confidence, damage to plaintiff's reputation, loss of exclusivity, and loss of future sales; that monetary damages are inadequate to address these harms; and that the public interest would not be disserved by a permanent injunction. No defendant has appeared to argue otherwise, thus, the court also finds that the balance of the hardships favors an injunction. The ten thousand dollars ($10,000) surety bond posted by plaintiffs is hereby released to plaintiff's counsel. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to plaintiffs' counsel Greer, Burns & Crain, Ltd., 300 S. Wacker Dr., Suite 2500, Chicago, IL 60606 via certified mail. Enter Final Judgment Order. Terminate civil case.

Date:　September 21, 2022　　　　　　　　　　　/s/ Martha M. Pacold