IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SPIN MASTER LTD., a Canadian corporation and SPIN MASTER, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>HUAPINGSHANGMAOGONGSI, et al.,<br><br>Defendants. | Case No. 22-cv-01326<br><br>**Judge Martha M. Pacold**<br><br>**Magistrate Judge Heather K. McShain** |

**DEFAULT JUDGMENT ORDER**

This action having been commenced by Plaintiffs Spin Master Ltd. and Spin Master, Inc. (collectively, "Spin Master" or "Plaintiffs") against the defendants identified on Schedule A, and using the Online Marketplace Accounts identified on Schedule A (collectively, the "Defendant Internet Stores"), and Spin Master having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants");

This Court having entered a preliminary injunction; Spin Master having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Spin Master has provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products bearing unauthorized copies of the PAW Patrol Copyrighted Designs (including U.S. Copyright Registration Nos. VA 1-967-964, VAu 1-217-618, VA 1-967-980, VA 1-912-869, VA 1-999-428, VAu 1-294-879, VA 1-967-970, VA 1-968-054, VA 1-967-973, VA 1-967-971, VA 1-968-053) and/or using infringing and counterfeit versions of Spin Master's federally registered trademarks (the "PAW PATROL Trademarks") to residents of Illinois. In this case, Spin Master has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the PAW PATROL Trademarks. *See* Docket No. [17], which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the PAW PATROL Trademarks.

A list of the PAW PATROL Trademarks is included in the below chart.

| Registration Number | Trademark | Goods and Services |
|---|---|---|
| 4,848,752 | PAW PATROL | For: Computer software for authoring, downloading, transmitting, receiving, editing, extracting, encoding, decoding, displaying, storing and organizing text, graphics, images, audio files, video files, electronic games and electronic publications; computer software for use in searching, reviewing, purchasing and downloading electronic games and electronic publications; computer software applications for use in downloading, playing and reviewing audio, text and other digital content in the field of children's entertainment; computer game discs, computer game cartridges; pre-recorded audio and visual videos, CDs, tapes and DVDs featuring fictional characters and activities for children, movies in the field of children's entertainment, television programs in the field of children's entertainment, books in the field of children's entertainment, music and instructions for use of toys in class 009.<br><br>For: Umbrellas; luggage tags; tote bags; carry-all bags; backpacks; rucksacks; school bags; fanny packs; messenger bags; handbags; wallets and purses; athletic bags; travel bags; knapsacks; change purses; duffle bags; beach bags in class 018.<br><br>For: Clothing, namely, children's clothing in the nature of shorts, t-shirts, sweaters, dresses, skirts and pants, play clothing, namely, costumes for use in children's dress up play, loungewear, sleepwear and undergarments; footwear, namely, children's footwear; headgear, namely, hats, caps, head bands and earmuffs in class 025. |

| | | |
|---|---|---|
| 4,675,681 | PAW PATROL | For: Paper, cardboard and goods made from these materials, namely, paper goodie bags, cardboard boxes, notebooks, sketchbooks, drawing paper, craft paper, wrapping paper and decorative paper; printed matter, namely, photographs, calendars, diaries, colouring books and sticker books; books and publications, namely, books, magazines and comic books featuring animation; arts and crafts kits, namely, arts and crafts paint kits and paint sold therewith; children's arts and crafts paper kits and accessories therefor, namely, stickers and marking stamps, fabric and wax sheets with die cut shapes and form molds for creating and decorating; arts and crafts kits containing pens, pencils, crayons, markers, notebooks and sketchbooks, wrapping paper, decorative paper, stickers, glue, tape, stencils, paint brushes, drawing templates and rulers in class 016. |
| 4,614,743 | PAW PATROL | For: Toys, games and playthings, namely, dolls and accessories therefor, action figures, action figure play sets, character figures and toy animal figures, character figure and toy animal figure play sets, toy figurines, toy pets and accessories therefor, plush toys, toy vehicles, children's multiple activity toys, children's multiple activity toys featuring interactive activities and digital applications, toy building sets, educational toys, ride-on toys, construction toys, parlour games, puzzles, role-playing games, card games, board games, interactive board games, action skill games, action target games, electronic hand-held games for use with external display screen or monitor and electronic action toys in class 028. |

| | | |
|---|---|---|
| | | For: Entertainment services in the nature of on-going television programs in the field of children's entertainment; entertainment, namely, a continuing animated television show broadcast over television, satellite, audio, and video media; entertainment services, namely, providing radio programs in the field of children's entertainment; entertainment services, namely, providing on-going television programs in the field of children's entertainment via a global computer network; entertainment services, namely, providing podcasts in the field of children's entertainment; entertainment services, namely, providing webcasts in the field of children's entertainment; entertainment services, namely, providing on-line computer games; entertainment services, namely, providing video podcasts in the field of children's entertainment; entertainment services, namely, providing temporary use of non-downloadable interactive games; entertainment services, namely, providing temporary use of non-downloadable electronic games; entertainment services, namely, providing temporary use of non-downloadable computer games; entertainment services, namely, providing temporary use of non-downloadable video games and distribution thereof in class 041 |
| 5,087,871 | TRACKER | For: Dolls; Plastic character toys; Play figures; Playsets for toy figures; Rubber character toys; Toy animals and accessories therefor; Toy figures in class 028. |
| 4,932,184 | EVEREST | For: Dolls; Plastic character toys; Play figures; Playsets for toy figures; Plush toys; Rubber character toys; Toy animals and accessories therefor; Toy figures in class 028. |

| | | |
|---|---|---|
| 4,792,695 | ZUMA | For: toys, games and playthings, namely, dolls, toy animals, plush animals, and accessories for all the foregoing in class 028. |
| 4,779,749 | SKYE | For: Toys, games, and playthings, namely, dolls, toy animals, plush animals, character figures and character figure play sets, toy figurines, and accessories for all the foregoing in class 028. |
| 4,779,748 | ROCKY | For: toys, game and playthings, namely, dolls, toy animals, plush animals, and accessories for all the foregoing; all the foregoing relating to an animated television series, and not relating to the sport of boxing, or a movie or character relating to the sport of boxing in class 028. |
| 4,779,747 | CHASE | For: Toys, games and playthings, namely, dolls, toy animals, plush animals, character figures and character figure play sets, toy figurines, and accessories for all the foregoing in class 028. |
| 4,779,746 | MARSHALL | For: Toys, games, and playthings, namely, dolls, toy animals, plush animals, character figures and character figure play sets, toy figurines, and accessories for all the foregoing in class 028. |
| 4,779,745 | RUBBLE | For: Toys, games, and playthings, namely, dolls, toy animals, plush animals, character figures and character figure play sets, toy figurines, and accessories for all the foregoing in class 028. |
| 4,601,882 | RYDER | For: Toys, games and playthings, namely, dolls and accessories therefor, character figures and character figure play sets, toy figurines in class 028. |

| | | |
|---|---|---|
| | | For: Entertainment services in the nature of on-going television programs in the field of children's entertainment; entertainment, namely, a continuing animated television show broadcast over television, satellite, audio, and video media; entertainment services, namely, providing radio programs in the field of children's entertainment; entertainment services, namely, providing on-going television programs in the field of children's entertainment via a global computer network; entertainment services, namely, providing podcasts in the field of children's entertainment; entertainment services, namely, providing webcasts in the field of children's entertainment; entertainment services, namely, providing on-line computer games; entertainment services, namely, providing video podcasts in the field of children's entertainment; entertainment services, namely, providing temporary use of non-downloadable interactive games; entertainment services, namely, providing temporary use of non-downloadable electronic games; entertainment services, namely, providing temporary use of non-downloadable computer games; entertainment services, namely, providing temporary use of non-downloadable video games and distribution thereof in class 041. |
| 5,218,798 |  | For: Computer software for authoring, downloading, transmitting, receiving, editing, extracting, encoding, decoding, displaying, storing and organizing text, graphics, images, audio files, video files, electronic games and electronic publications; computer software for use in searching, reviewing, purchasing and downloading electronic games and electronic publications; computer software applications |

|  |  | for use in downloading, playing and reviewing audio, text and other digital content in the field of children's entertainment; computer software, namely, apps for mobile phones, smart phones, computers and tablets featuring interactive video games; computer game software; computer game discs, computer game cartridges; pre-recorded audiotapes, videotapes, CDs, and DVDs featuring movies and television programs about fictional characters, educational activities for children, audio books for children about fictional characters, music and instructions for use of toys in class 009.<br><br>For: Paper, cardboard and goods made from these materials, namely, paper goodie bags, cardboard boxes, notebooks, sketchbooks, drawing paper, craft paper, wrapping paper and decorative paper; printed matter, namely, photographs, calendars, diaries, coloring books and sticker books; stationery; books and publications, namely, books, magazines and comic books featuring animation; arts and crafts kits, namely, arts and crafts paint kits and paint sold therewith; children's arts and crafts paper kits and accessories therefor, namely, stickers and marking stamps, fabric and wax sheets with die cut shapes and form molds for creating and decorating; arts and crafts kits containing pens, pencils, crayons, markers, notebooks and sketchbooks, wrapping paper, decorative paper, stickers, glue, tape, stencils, paint brushes, drawing templates and rulers in class 016.<br><br>For: Umbrellas; luggage tags; tote bags; carry-all bags; lunch bags of nylon and canvas; backpacks; rucksacks; school bags; fanny packs; messenger bags; handbags; wallets and |
|---|---|---|

| | | |
|---|---|---|
| | | purses; athletic bags; travel bags; knapsacks; change purses; duffle bags; beach bags in class 018.<br><br>For: Clothing, namely, children's clothing in the nature of shorts, t-shirts, sweaters, dresses, skirts and pants, play clothing, namely, costumes for use in children's dress up play, loungewear, sleepwear and undergarments; footwear, namely, children's footwear; headgear, namely, hats, caps, head bands and earmuffs in class 025.<br><br>For: Toys, games and playthings, namely, dolls and accessories therefor, action figures, action figure play sets, character figures and toy animal figures, character figure and toy animal figure play sets, toy figurines, toy pets and accessories therefor, plush toys, toy vehicles, children's multiple activity toys, children's multiple activity toys featuring interactive activities and digital applications, toy building sets, educational toys, ride-on toys, construction toys, parlour games, puzzles, role-playing games, card games, board games, interactive board games, action skill games, action target games, electronic hand-held games for use with external display screen or monitor and electronic action toys in class 028.<br><br>For: Entertainment services in the nature of on-going television programs in the field of children's entertainment; entertainment, namely, a continuing animated television show broadcast over television, satellite, audio, and video media; entertainment services, namely, providing radio programs in the field of children's entertainment; entertainment services, namely, providing on- |

9

| | | |
|---|---|---|
| | | going television programs in the field of children's entertainment via a global computer network; entertainment services, namely, providing podcasts in the field of children's entertainment; entertainment services, namely, providing webcasts in the field of children's entertainment; entertainment services, namely, providing on-line computer games; entertainment services, namely, providing video podcasts in the field of children's entertainment; entertainment services, namely, providing temporary use of non-downloadable interactive games; entertainment services, namely, providing temporary use of non-downloadable electronic games; entertainment services, namely, providing temporary use of non-downloadable computer games; entertainment services, namely, providing temporary use of non-downloadable video games and distribution thereof in class 041. |

This Court further finds that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), and copyright infringement (17 U.S.C. §§ 106 and 501, *et seq.*).

Accordingly, this Court orders that Spin Master's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a. using the PAW PATROL Trademarks or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine PAW Patrol product or not authorized by Spin Master to be sold in connection with the PAW PATROL Trademarks;

    b. reproducing, distributing copies of, making derivative works of, or publicly displaying the PAW Patrol Copyrighted Designs in any manner without the express authorization of Spin Master;

    c. passing off, inducing, or enabling others to sell or pass off any product as a genuine PAW Patrol product or any other product produced by Spin Master, that is not Spin Master's or not produced under the authorization, control, or supervision of Spin Master and approved by Spin Master for sale under the PAW PATROL Trademarks and/or the PAW Patrol Copyrighted Designs;

    d. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Spin Master, or are sponsored by, approved by, or otherwise connected with Spin Master;

    e. further infringing the PAW PATROL Trademarks and/or the PAW Patrol Copyrighted Designs and damaging Spin Master's goodwill; and

  f. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Spin Master, nor authorized by Spin Master to be sold or offered for sale, and which bear any of Spin Master's trademarks, including the PAW PATROL Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof and/or which bear the PAW Patrol Copyrighted Designs.

2. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc. ("eBay"), AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, ContextLogic, Inc. d/b/a Wish.com ("Wish.com"), and DHgate (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

  a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell counterfeit and infringing goods using the PAW PATROL Trademarks and/or which bear unauthorized copies of the PAW Patrol Copyrighted Designs; and

  b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the PAW PATROL Trademarks or any reproductions, counterfeit copies or colorable

> imitations thereof that is not a genuine PAW Patrol product or not authorized by Spin Master to be sold in connection with the PAW PATROL Trademarks.

3. Upon Spin Master's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 2, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the PAW PATROL Trademarks.

4. Pursuant to 15 U.S.C. § 1117(c)(1), Spin Master is awarded statutory damages from each of the Defaulting Defendants in the amount of five hundred thousand dollars ($500,000) for use of counterfeit PAW PATROL Trademarks on products sold through at least the Defendant Internet Stores. This award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Complaint and Schedule A.

5. Pursuant to 17 U.S.C. § 504(c)(2), Spin Master is awarded statutory damages from each of the Defaulting Defendants in the amount of one hundred thousand dollars ($100,000) for willful copyright infringement of the PAW Patrol Copyrighted Designs. The one hundred thousand dollar ($100,000) award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in Schedule A.

6. Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, Inc. ("PayPal"), eBay, Alipay, Alibaba, Wish.com, Ant Financial Services Group ("Ant Financial"), and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the

      Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraphs 4 and 5 above) or other of Defaulting Defendants' assets.

7. All monies (up to the amount of the statutory damages awarded in Paragraphs 4 and 5 above) in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, eBay, Alipay, Alibaba, Wish.com, Ant Financial, and Amazon Pay, are hereby released to Spin Master as partial payment of the above-identified damages, and Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Wish.com, Ant Financial, and Amazon Pay, are ordered to release to Spin Master the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

8. Until Spin Master has recovered full payment of monies owed to it by any Defaulting Defendant, Spin Master shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

9. In the event that Spin Master identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Spin Master may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 4 to the Declaration of Chris Harrs and any e-mail addresses provided for Defaulting Defendants by third parties.

10. The ten thousand dollar ($10,000) surety bond posted by Spin Master is hereby released to Spin Master or its counsel, Greer, Burns & Crain, Ltd. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Spin Master or its counsel.

This is a Default Judgment.

Dated:  September 21, 2022

                                              /s/ Martha M. Pacold\
                                              Martha M. Pacold\
                                              United States District Judge

**SPIN MASTER LTD. and SPIN MASTER, INC. v. huapingshangmaogongsi, et al. - Case No. 22-cv-1278**

# Schedule A

| | Defendant Online Marketplaces | |
|---|---|---|
| No | URL | Name / Seller Alias |
| 1 | DISMISSED | DISMISSED |
| 2 | DISMISSED | DISMISSED |
| 3 | DISMISSED | DISMISSED |
| 4 | amazon.com/sp?seller=A2ETH7HUQZ3L2B | huapingshangmaogongsi |
| 5 | DISMISSED | DISMISSED |
| 6 | amazon.com/sp?seller=A2FPDDH5TVU091 | A Phalaenopsis |
| 7 | amazon.com/sp?seller=A2GXDM1194RZOC | qianglimaoyiyouxiangongsi |
| 8 | DISMISSED | DISMISSED |
| 9 | amazon.com/sp?seller=A2HVSTUHE65UCW | Sincerely Mr Huang |
| 10 | amazon.com/sp?seller=A2I0VEVEI0KE2H | Jooeus |
| 11 | amazon.com/sp?seller=A2KZ856I3XEQ50 | Westmouty |
| 12 | amazon.com/sp?seller=A2LBZWGRZIL3S8 | liudezhumaoyiyouxianggongsi |
| 13 | amazon.com/sp?seller=A2LHNKLIGU1T38 | Meng Ge Pai |
| 14 | amazon.com/sp?seller=A2MWTDDBXPPJM9 | IdeaSpring |
| 15 | amazon.com/sp?seller=A2NASF0NIX2NC | IOASONER |
| 16 | amazon.com/sp?seller=A2NC7ZBJ10ULKZ | a cup |
| 17 | amazon.com/sp?seller=A2OME6LKNZXCFR | Pig Pig party |
| 18 | amazon.com/sp?seller=A2P7SNM283XTM7 | Weetoo |
| 19 | amazon.com/sp?seller=A2QEQ235FH65XJ | URANGEL |
| 20 | DISMISSED | DISMISSED |
| 21 | amazon.com/sp?seller=A2QLIWXDO3RO0C | zhanjieshangmaoyouxiangongsi |
| 22 | amazon.com/sp?seller=A2QUW3Q61L1CMZ | OUHJ |
| 23 | DISMISSED | DISMISSED |
| 24 | amazon.com/sp?seller=A2TFWAIJ7OT9S1 | houyindia |
| 25 | amazon.com/sp?seller=A2THPWGT4MXLSJ | Guangzhouyueqinshangmaoyouxiangongsiyi |
| 26 | amazon.com/sp?seller=A2UBX6PCSIOQH1 | Angelhood |
| 27 | amazon.com/sp?seller=A2UN2APZZNWBCE | Xinlaguhua |
| 28 | amazon.com/sp?seller=A2VCYS09R4OAA7 | wuhantengqiaodianzi |
| 29 | DISMISSED | DISMISSED |
| 30 | amazon.com/sp?seller=A2W6UDT3TS4663 | shengse |

| | | |
|---|---|---|
| 31 | amazon.com/sp?seller=A2WXSXNVY58REN | jack--us |
| 32 | amazon.com/sp?seller=A2WZVAG8OD2U3V | Blueoceanon |
| 33 | DISMISSED | DISMISSED |
| 34 | amazon.com/sp?seller=A2ZGHS9L6J6H7E | XY-TOP1 |
| 35 | amazon.com/sp?seller=A30LLUBN3TTXKU | guyangyang2021 |
| 36 | amazon.com/sp?seller=A3100F77ZKN9QS | Haabin balloons |
| 37 | amazon.com/sp?seller=A31I54NFYAGQES | Qintu |
| 38 | DISMISSED | DISMISSED |
| 39 | amazon.com/sp?seller=A33PND32FOY9RE | qifeishangmao3 |
| 40 | DISMISSED | DISMISSED |
| 41 | amazon.com/sp?seller=A34CKPXODHG1BP | pugest |
| 42 | amazon.com/sp?seller=A34G0TKOF395GI | pingchaili |
| 43 | amazon.com/sp?seller=A34S4WQ6XTQ57 | JIANGWENJING |
| 44 | amazon.com/sp?seller=A35BJ4CE3VG56W | anni US |
| 45 | amazon.com/sp?seller=A35S42K2PAA78F | JiNanGuiJuDianZiShangWu |
| 46 | amazon.com/sp?seller=A362OZFOUGNK9C | SUSO DIRECT |
| 47 | amazon.com/sp?seller=A36484UBUX8WNV | Bimmer M3 |
| 48 | amazon.com/sp?seller=A364JAGXRLTGAU | ferentia |
| 49 | DISMISSED | DISMISSED |
| 50 | amazon.com/sp?seller=A38Q94KIW3CUUZ | kacaroye |
| 51 | DISMISSED | DISMISSED |
| 52 | DISMISSED | DISMISSED |
| 53 | amazon.com/sp?seller=A3APHCLI8QU7FH | happinessmore |
| 54 | amazon.com/sp?seller=A3B0BB0NTZK1FY | G US |
| 55 | amazon.com/sp?seller=A3CI7W1XWIVAS8 | lankaoxiantianhengfushiyouxiangongsi |
| 56 | amazon.com/sp?seller=A3CLTWP30CWV2N | zhenfeistore |
| 57 | DISMISSED | DISMISSED |
| 58 | DISMISSED | DISMISSED |
| 59 | amazon.com/sp?seller=A3D8BMHHV24IIY | cobud |
| 60 | amazon.com/sp?seller=A3DCO4OH03RUS7 | A3DCO4OH03RUS7 |
| 61 | amazon.com/sp?seller=A3FXLYV68TYIXY | shenzhenshihainaweixinmaoyiyouxiangongsi |
| 62 | amazon.com/sp?seller=A3H5UHRMTR8L98 | BAITENG-US |
| 63 | amazon.com/sp?seller=A3H6O2J6AKFYXM | Laxido |
| 64 | amazon.com/sp?seller=A3HV1KTWE1T3UT | A3HV1KTWE1T3UT |
| 65 | amazon.com/sp?seller=A3I3WHOBDGQPX8 | A3I3WHOBDGQPX8 |
| 66 | amazon.com/sp?seller=A3I9OIXYKX2TB | TECHUS |
| 67 | amazon.com/sp?seller=A3IJ21Y3IHY50T | ALL DUCK store |
| 68 | amazon.com/sp?seller=A3JQ5KJAE7DPZW | JJXLIU |
| 69 | DISMISSED | DISMISSED |
| 70 | amazon.com/sp?seller=A3KBBZ8MW4KLWE | Dzjiuen |

| | | |
|---|---|---|
| 71 | amazon.com/sp?seller=A3KDGTHRHEN8F9 | cangzhoubinrongkejiyouxiangongsi |
| 72 | amazon.com/sp?seller=A3KHPNXEWGI08H | Hzdwsfa |
| 73 | DISMISSED | DISMISSED |
| 74 | amazon.com/sp?seller=A3LYZWP3X73529 | laixiuzhenbaihuodian |
| 75 | amazon.com/sp?seller=A3MUQTXIPFBI37 | xiantaoshihaozisehuazhuangpinshanghang |
| 76 | amazon.com/sp?seller=A3N0W1KDXX422A | Golord |
| 77 | amazon.com/sp?seller=A3N4AF5GMLJN0H | yunyunjilingbaihuodian |
| 78 | amazon.com/sp?seller=A3OPLZ61U4GE3 | Hsxssusk |
| 79 | amazon.com/sp?seller=A3OU5JX1YIEIUY | KIUSJWMD |
| 80 | amazon.com/sp?seller=A3P1N598DJ2KNK | chijingjingmaidehao |
| 81 | DISMISSED | DISMISSED |
| 82 | amazon.com/sp?seller=A3Q6V0E1FGIPS3 | LFGWSX |
| 83 | amazon.com/sp?seller=A3R7I16AO4Y33Q | runyangshangmao |
| 84 | DISMISSED | DISMISSED |
| 85 | amazon.com/sp?seller=A3R9M0Y1YMZZ9G | MiSeal |
| 86 | DISMISSED | DISMISSED |
| 87 | amazon.com/sp?seller=A3RITXR90U6567 | wang-shops |
| 88 | DISMISSED | DISMISSED |
| 89 | amazon.com/sp?seller=A3SZX2CD5NIK6V | YLXS |
| 90 | amazon.com/sp?seller=A3T6YGL310JXUY | Ximing |
| 91 | amazon.com/sp?seller=A3TP0XM07MOOFC | RUI JIA |
| 92 | amazon.com/sp?seller=A3UCLPV24425ET | yangnanhuibaihuodian |
| 93 | amazon.com/sp?seller=A3UQ8FRO29AUO8 | Happy Dragon-0012 |
| 94 | amazon.com/sp?seller=A3VKL3CRF3Z80 | A3VKL3CRF3Z80 |
| 95 | amazon.com/sp?seller=A46HCOLQQ4V4H | yingmanshangmao |
| 96 | amazon.com/sp?seller=A4G7HVTCIZ2IT | Casdge |
| 97 | DISMISSED | DISMISSED |
| 98 | amazon.com/sp?seller=A56GFA9AXIBF2 | G1R5T68H46F416QD146Q41 |
| 99 | DISMISSED | DISMISSED |
| 100 | amazon.com/sp?seller=A5Y68MZROABZJ | Ankm |
| 101 | amazon.com/sp?seller=A64A3PM39TV1S | Lucykaka |
| 102 | amazon.com/sp?seller=A6828WYDDK6PJ | US-AA |
| 103 | amazon.com/sp?seller=A6G1QE1ZRDDQO | Sanianke |
| 104 | amazon.com/sp?seller=A7CS0TL39I8LG | A7CS0TL39I8LG |
| 105 | amazon.com/sp?seller=A8V6J3E7A4CZA | Mengyuan Zhang01 |
| 106 | amazon.com/sp?seller=A9NPOO4UU4KAB | Akally |
| 107 | amazon.com/sp?seller=AAUAVXWVSGGFD | runhanmeirongfuwuguan |
| 108 | amazon.com/sp?seller=AAZCCK7PAMQBO | xuanzhen |
| 109 | amazon.com/sp?seller=ABG5E9ZIJHA83 | Captain Bee |
| 110 | amazon.com/sp?seller=ACHLQY67VDQVG | The same |

| 111 | amazon.com/sp?seller=ACPBER2B7KFZN | panjialong |
|---|---|---|
| 112 | amazon.com/sp?seller=ACS5SY4H6FKIY | jushengyuanyuan |
| 113 | amazon.com/sp?seller=AD27LSLX8465M | BlueMa |
| 114 | amazon.com/sp?seller=AE3LXMAB6K1BW | yonghhuan |
| 115 | amazon.com/sp?seller=AE9LU7Z0M898C | XIPINGLI |
| 116 | amazon.com/sp?seller=AEE6LD8L01RCW | gianchengheilong |
| 117 | amazon.com/sp?seller=AEM43RJNK6WYA | Ourage |
| 118 | amazon.com/sp?seller=AF63ATXP4RR4N | crvera |
| 119 | amazon.com/sp?seller=AF6PNVGTAKEEO | Arami culture |
| 120 | amazon.com/sp?seller=AFAY43OE0RFO8 | WEIJINGSHANGMAOBU |
| 121 | amazon.com/sp?seller=AFUFM1QHGGAPF | linzhangdian |
| 122 | amazon.com/sp?seller=AGC87BQO7K246 | Lianghuai |
| 123 | amazon.com/sp?seller=AGK89ZG6LUVAV | Golden flowerpot |
| 124 | amazon.com/sp?seller=AGSGZSHBZ87TV | AGSGZSHBZ87TV |
| 125 | amazon.com/sp?seller=AHHJN7M5DDSNN | zhanghaiyingdedian |
| 126 | amazon.com/sp?seller=AHIE2KI95B5W6 | Encounter-LMZ |
| 127 | amazon.com/sp?seller=AHR94DB6KQH1T | luezhong |
| 128 | amazon.com/sp?seller=AHUS39CGBXL80 | KOMAJJM |
| 129 | amazon.com/sp?seller=AI60SHGZISGOV | HJXNFMWK |
| 130 | amazon.com/sp?seller=AI8LS7Y5FWRL6 | GOOD SACG |
| 131 | amazon.com/sp?seller=AIGY6EPQ88QO | xianshibeilinqujinmujiangdianzishangwufuwubu |
| 132 | amazon.com/sp?seller=AJO149W49M0OB | AJO149W49M0OB |
| 133 | amazon.com/sp?seller=AKC7DCKF4KJVR | you'wang'shang'mao |
| 134 | amazon.com/sp?seller=AKHDE6RMMTK7L | gvuy |
| 135 | amazon.com/sp?seller=AMCSBH1NNCO0E | huiwanshangmao |
| 136 | amazon.com/sp?seller=AMZKDWVTQSVZ9 | Tolivef |
| 137 | amazon.com/sp?seller=ANC6UC6KKOC3D | Successtyle |
| 138 | amazon.com/sp?seller=ANN9Y1JG4R7Z | unjia |
| 139 | amazon.com/sp?seller=AO1KSCDRH72GF | MI(Meet-Interesting) |
| 140 | amazon.com/sp?seller=AOLJZU0FX5UD6 | ZHHWE |
| 141 | amazon.com/sp?seller=AOPR4DHHD95V6 | MiaoRain |
| 142 | amazon.com/sp?seller=AOSTI6AO6I5J0 | Dream is world peace |
| 143 | amazon.com/sp?seller=AOXAVHXBOZO0L | Family Poster Collection |
| 144 | amazon.com/sp?seller=AP2LIK1EGBI1L | hefeimiecaishangmaoyouxiangongsi |
| 145 | amazon.com/sp?seller=AP33VEQPPWK2A | linlonghua |
| 146 | DISMISSED | DISMISSED |
| 147 | amazon.com/sp?seller=AQDROOI5P4882 | JiaHui Sincere Store |
| 148 | amazon.com/sp?seller=AQHQYGOCQ0HIL | XIAOTANWANGLUO |
| 149 | DISMISSED | DISMISSED |
| 150 | DISMISSED | DISMISSED |

| | | |
|---|---|---|
| 151 | amazon.com/sp?seller=ASZIT48FRNW5S | Poruishi |
| 152 | amazon.com/sp?seller=AT1DB6LCHFNLL | dian |
| 153 | amazon.com/sp?seller=ATF70D28YBO7X | LKskztbcx |
| 154 | amazon.com/sp?seller=AV2PPT1S7YTF | shifangying |
| 155 | amazon.com/sp?seller=AV2UCWXIFANDM | Bersaicy |
| 156 | amazon.com/sp?seller=AV96TIOT1Z36R | Wujiedi |
| 157 | amazon.com/sp?seller=AVC372W0LJNAO | ZD&TOP |
| 158 | DISMISSED | DISMISSED |
| 159 | amazon.com/sp?seller=AVLCFX2O2V1FD | Meuparty |
| 160 | amazon.com/sp?seller=AVXHO6W7A2QUI | Adier |
| 161 | amazon.com/sp?seller=AW1J5QIZSB69U | honeyyzq |
| 162 | amazon.com/sp?seller=AWCI4ULE6TGZ6 | Jin-eulgiao |
| 163 | amazon.com/sp?seller=AWV1NN5KXQMT8 | zhenhuachai |
| 164 | amazon.com/sp?seller=AX9NSMHQXLRMP | Slmilu |
| 165 | amazon.com/sp?seller=AY3F49KOA7U4C | Wrakus-US |
| 166 | amazon.com/sp?seller=AYQMEM91T202C | zdongwanshiyichenguanggaozhuangshiyouxiangongsi |
| 167 | amazon.com/sp?seller=AZQKJ2I68QCIB | yingzhihuashangmao |
| 168 | ebay.com/usr/2017goodshop_9 | 2017goodshop_9 |